**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      In re Floribeth Sandoval Benjume

Appellate case number:   01-22-00042-CR

Trial court case number:  92061-CR

Trial court:                      461st District Court of Brazoria County

    The en banc court has voted to deny relator's motion for en banc reconsideration. Accordingly, it is ordered that relator's motion for en banc reconsideration is **denied**.

En banc court consists of Chief Justice Radack and Justices Kelley, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Judge's signature:    ____/s/ Gordon Goodman_____
                                      Acting for the En Banc Court

Date:  September 1, 2022